IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00347-BO-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| JEFFREY BERNARD MOORE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 41-1 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendants' attorneys.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE